FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Villegas, Daisy Dianna DEFENDANT(S). | CASE NUMBER **SACR10-56-AG-10** ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **Friday, 11/19/10**, at **1:30** ☐ a.m. / ☒ p.m. before the Honorable **Robert N Block**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    (Other custodial officer)

Dated: **11/16/10**

                                                    **ROBERT N. BLOCK**
                                                    U.S. District Judge/Magistrate Judge